UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRAVIS W. MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-1253 |
| FRANK L. SHAW, ROGER E. WALKER, JR, BARBARA HURT, RICHARD BARD, LAURA NORTON and PAUL CAMPBELL, | ) ) ) ) |
| Defendants. | ) ) |

**CERTIFICATE OF INTEREST**

COMES NOW James P. Baker, counsel of record for the Plaintiff, Travis W. Moore, and furnishes the following list in compliance with Rule 1.6(E) of this Court.

1. That the full name of the Plaintiff is Travis W. Moore.

2. That the Plaintiff is not a corporation.

3. That the law office of Baker, Baker & Krajewski LLC is the law office representing the Plaintiff.  James P. Baker is the attorney of record in the above captioned proceeding.

TRAVIS W. MOORE

BY:  s/ James P. Baker

James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski LLC
415 South Seventh Street
Springfield, Illinois 62701
(217) 522-3445
(217) 522-8234 fax
E-Mail: carenbakerlaw@sbcglobal.net

September 26, 2007