# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| TRAVIS W. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-1253 |
| | ) | |
| FRANK L. SHAW, ROGER E. WALKER, JR., | ) | |
| BARBARA HURT, RICHARD BARD, | ) | |
| LAURA NORTON and PAUL CAMPBELL | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENLARGEMENT OF TIME TO ANSWER
## OR OTHERWISE RESPONSIVELY PLEAD

NOW COME Defendants, Frank L. Shaw, Roger E. Walker, Jr., Barbara Hurt, Richard Bard, Laura Norton, and Paul Campbell, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Motion for Enlargement of Time to Answer or Otherwise Responsively Plead, states as follows:

1. Plaintiff filed his Six Count Complaint on September 26, 2007.

2. Defendants responsive pleading is due on or about November 30, 2007.

3. The undersigned was recently assigned to represent the defendants in this matter.

4. Additional time is necessary in order to consult with the defendants to appropriately answer or otherwise responsively plead in the case and therefore requests a 7 (seven) day enlargement of time allowing up to and including December 7, 2007 to answer or otherwise responsively plead to Plaintiff's Complaint.

5. Counsel contacted Plaintiff's counsel, who indicated no objection to the present motion.

6. The motion is not made for the purpose of undue delay.

WHEREFORE, the Defendant respectfully requests this honorable Court grant her Motion for Enlargement of Time, allowing up to and including December 7, 2007 in which to answer or otherwise responsively plead.

Respectfully submitted,

FRANK L SHAW, ROGER E. WALKER, JR., BARBARA HURT, RICHARD BARD, LAURA NORTON and PAUL CAMPBELL,

   Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

   Attorney for Defendant,

By: s/ Amy D. Gerloff_____
   Amy D. Gerloff
   Assistant Attorney General
   500 South Second Street
   Springfield, Illinois  62706
   Telephone:  (217) 785-4555
   Facsimile:   (217) 524-5091
   E-Mail:  agerloff@atg.state.il.us
   Attorney Bar #: 6283925

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| TRAVIS W. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 07-1253 |
| | ) |
| FRANK L. SHAW, ROGER E. WALKER, JR., | ) |
| BARBARA HURT, RICHARD BARD, | ) |
| LAURA NORTON and PAUL CAMPBELL | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed Defendants' *** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Brendabakerlaw@sbcglobal.net

and I hereby certify that on November 30, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

None.

Respectfully submitted,

By: s/Amy D. Gerloff
Amy D. Gerloff, 6283925
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL  62706
(217) 785-4555
Fax: (217) 785-4555
agerloff@atg.state.il.us