UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRAVIS W. MOORE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 07-1253 |
| FRANK L. SHAW, ROGER E. WALKER, JR., BARBARA HURT, RICHARD BARD, LAURA NORTON and PAUL CAMPBELL | ) ) ) ) ) |
| Defendants. | ) |

**SECOND MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPONSIVELY PLEAD**

NOW COME Defendants, Frank L. Shaw, Roger E. Walker, Jr., Barbara Hurt, Richard Bard, Laura Norton, and Paul Campbell, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Second Motion for Enlargement of Time to Answer or Otherwise Responsively Plead, states as follows:

1. Plaintiff filed his Six Count Complaint on September 26, 2007.

2. Plaintiff's answer or other responsive pleading was due on November 30, 2007.

3. On December 3, 2007, the Court granted the Defendant's first Motion for Enlargement of Time to Answer or Otherwise Responsively Pleading, allowing until December 7, 2007 to file.

4. Counsel for the Defendant was overly optimistic in her original motion for enlargement and has not had ample opportunity to inquire about the facts alleged in the Complaint to formulate an Answer or other responsive pleading.

5.     Therefore, the Defendant seeks a 14-day enlargement of time, allowing up to and including December 21, 2007, to answer or otherwise responsively plead.

6.     The present motion is not made for the purpose of undue delay.

WHEREFORE, the Defendant respectfully requests this honorable Court grant her Motion for Enlargement of Time, allowing up to and including December 21, 2007 in which to answer or otherwise responsively plead.

Respectfully submitted,

FRANK L SHAW, ROGER E. WALKER, JR., BARBARA HURT, RICHARD BARD, LAURA NORTON and PAUL CAMPBELL,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

By:   s/ Amy D. Gerloff_____
      Amy D. Gerloff
      Assistant Attorney General
      500 South Second Street
      Springfield, Illinois  62706
      Telephone:  (217) 785-4555
      Facsimile:   (217) 524-5091
      E-Mail:  agerloff@atg.state.il.us
      Attorney Bar #: 6283925

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| TRAVIS W. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07-1253 |
| | ) |
| FRANK L. SHAW, ROGER E. WALKER, JR., | ) |
| BARBARA HURT, RICHARD BARD, | ) |
| LAURA NORTON and PAUL CAMPBELL | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2007, I electronically filed Defendants' *** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Brendabakerlaw@sbcglobal.net

and I hereby certify that on December 7, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

None.

Respectfully submitted,

By: s/Amy D. Gerloff
Amy D. Gerloff, 6283925
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL  62706
(217) 785-4555
Fax: (217) 785-4555
agerloff@atg.state.il.us