# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| TRAVIS W. MOORE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 07-1253 |
| FRANK L. SHAW, ROGER E. WALKER, JR. BARBARA HURT, RICHARD BARD, LAURA NORTON and PAUL CAMPBELL | ) ) ) ) |
| Defendants. | ) |

## **MOTION TO DISMISS**

NOW COME the Defendants, FRANK L. SHAW, ROGER E. WALKER, JR., BARBARA HURT, RICHARD BARD, LAURA NORTON and PAUL CAMPBELL, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Rules 12(b)(1) and 12(b)(6) of the Fed.R.Civ.P., for their Motion to Dismiss, state as follows:

1.  Plaintiff filed his six-count Complaint on September 26, 2007, and alleges that each of the Defendants deprived him of a property interest without due process of law.

2.  Plaintiff's complaint should be dismissed for the following reasons:

    a.  The facts, as alleged in the complaint, demonstrate that Plaintiff was not deprived of procedural due process, and Plaintiff has pled himself out of court;

    b.  The Defendants are entitled to qualified immunity; and

    c.  Plaintiff's claims are barred by the Eleventh Amendment.

3.  A memorandum of law in support of Defendants' Motion to Dismiss is attached hereto and incorporated herein by reference.

WHEREFORE for the foregoing reasons, the Defendants respectfully request this honorable Court grant its Motion to Dismiss.

        FRANK L SHAW, ROGER E. WALKER, JR., BARBARA HURT, RICHARD BARD, LAURA NORTON and PAUL CAMPBELL,

           Defendant,

        LISA MADIGAN, Attorney General,
State of Illinois,

           Attorney for Defendant,

By: s/ Amy D. Gerloff
    Amy D. Gerloff, 6283925
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 785-4555
    Facsimile:   (217) 524-5091
    E-Mail:  agerloff@atg.state.il.us

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| TRAVIS W. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-1253 |
| ) | |
| FRANK L. SHAW, ROGER E. WALKER, JR., ) | |
| BARBARA HURT, RICHARD BARD, ) | |
| LAURA NORTON and PAUL CAMPBELL ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed Defendants' Memorandum of Law in Support of Defendant's Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Brendabakerlaw@sbcglobal.net

and I hereby certify that on December 21, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

None.

Respectfully submitted,

By: s/Amy D. Gerloff
Amy D. Gerloff, 6283925
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL 62706
(217) 785-4555
Fax: (217) 785-4555
agerloff@atg.state.il.us