UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRAVIS W. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Case No. 07-1253 |
| ) | |
| FRANK L. SHAW, ROGER E. WALKER, ) | |
| JR, BARBARA HURT, RICHARD BARD, ) | |
| LAURA NORTON and PAUL CAMPBELL,) | |
| ) | |
| Defendants. ) | |

**MOTION FOR AN EXTENSION OF TIME**

COMES NOW the Plaintiff, Travis Moore, by and through his attorney, James P. Baker, and respectfully requests an extension of time to and including January 28, 2008 to submit his response to the Defendants' Motion to Dismiss. In support of this motion the Plaintiff states the following:

1. That the response of the Plaintiff to the Defendants' motion to dismiss is owing January 7, 2008.

2. That counsel for the Plaintiff has been unable to complete the response in opposition to the Defendants' motion to dismiss due to the fact he has been a care giver since the release of his wife from the hospital. Additionally, his brother-in-law died January 3, 2008 and counsel was not able to work on the response due to family commitments.

3. That counsel for the Defendant does not object to this request.

4. That this request is not made to delay this matter.

WHEREFORE, the Plaintiff, Travis Moore, respectfully requests that he be allowed an extension of time to and including January 28, 2008 to submit his response to the Defendants' motion to dismiss.

TRAVIS MOORE

By: s/ James P. Baker
Attorney for Plaintiff
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Amy Gerloff  
Assistant Attorney General  
Office of the Attorney General  
500 South Second Street  
Springfield, Illinois 62701

      By:   s/ James P. Baker  
      James P. Baker  
      Bar Number: 0097802  
      Baker, Baker & Krajewski, LLC  
      415 South Seventh Street  
      Springfield, Illinois 62701  
      Telephone: (217) 522-3445  
      Facsimile: (217) 522-8234  
      E-mail: carenbakerlaw@sbcglobal.net