**E-FILED**
Monday, 28 January, 2008  10:18:54 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| TRAVIS W. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-1253 |
| | ) | |
| FRANK L. SHAW, ROGER E. WALKER, | ) | |
| JR, BARBARA HURT, RICHARD BARD, | ) | |
| LAURA NORTON and PAUL CAMPBELL, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR AN ADDITIONAL TWO DAY EXTENSION OF TIME

COMES NOW the Plaintiff, Travis Moore, by and through his attorney, James P. Baker, and respectfully requests an additional extension of time to and including January 30, 2008 to submit his response to the Defendants' Motion to Dismiss.  In support of this motion the Plaintiff states the following:

1.    That the response of the Plaintiff to the Defendants' motion to dismiss is owing January 28, 2008.

2.    That counsel for the Plaintiff has had the following professional commitments which precluded completing the response which include, but are not limited to:  a) assisted in preparation for and attended oral arguments before the United States Court of Appeals on January 10, 2008 in the matter *Callahan v. Fermon et.al.*; b) preparation for and participation in a fact finding conference before the Illinois Department of Human Rights on January 16, 2008 for charging party *Steve*

*Lomelino*; c) preparation for and participation in a fact finding conference before the Illinois Department of Human Rights in Peoria, Illinois on January 17, 2008 for charging party *Marshall Dunnigan;* d) preparation for and participation in oral arguments before the United States Court of Appeals on January 23, 2008 in the matter *Powers v. Richards et.al.*; e) preparation of the final pretrial order and participation on January 28, 2008 in the final pretrial conference in the matter *Young v. Illinois Department of Revenue* pending before the United States District Court for the Central District of Illinois; and f) other professional meetings, consultations and conferences which were previously scheduled.

3.      That counsel for the Defendant does not object to this request.

4.      That this request is not made to delay this matter.

WHEREFORE, the Plaintiff, Travis Moore, respectfully requests that he be allowed an extension of time to and including January 30, 2008 to submit his response to the Defendants' motion to dismiss.

TRAVIS MOORE

By:    s/ James P. Baker
Attorney for Plaintiff
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Amy Gerloff
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701

By:___ s/ James P. Baker_____
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net