UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRAVIS W. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-1253 |
| ) | |
| FRANK L. SHAW, ROGER E. WALKER, ) | |
| JR, BARBARA HURT, RICHARD BARD, ) | |
| LAURA NORTON and PAUL CAMPBELL,) | |
| ) | |
| Defendants. ) | |

**MOTION FOR AN ADDITIONAL TWO DAY EXTENSION OF TIME**

COMES NOW the Plaintiff, Travis Moore, by and through his attorney, James P. Baker, and respectfully requests leave to file his memorandum in opposition to the Defendants' motion to dismiss in excess of page limitations. In support of this motion, the Plaintiff, Travis Moore, states to the Court as follows:

1. That the response of the Plaintiff, Travis Moore, to the Defendants' motion to dismiss is in excess of the page limitation set by Local Rule 7.1 which states the page limitation for such a response is twenty pages.

2. That in order for counsel for the Plaintiff to adequately address the three legal issues raised by the Defendants in its motion to dismiss the page limitation requirements set by local rule of this Court will be exceeded by approximately five to six pages.

3. That counsel for the Plaintiff is unable to comply with the page limitation requirements of this Court without compromising the adequacy of the responses required to

respond to the motion to dismiss.

Wherefore, the Plaintiff, Travis Moore, respectfully requests that he be allowed to submit his response in opposition to the motion to dismiss in excess of the page limitations.

        TRAVIS MOORE

        By:   s/ James P. Baker
        Attorney for Plaintiff
        James P. Baker
        Bar Number: 0097802
        Baker, Baker & Krajewski, LLC
        415 South Seventh Street
        Springfield, Illinois 62701
        Telephone: (217) 522-3445
        Facsimile: (217) 522-8234
        E-mail: carenbakerlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Amy Gerloff
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701

By: s/ James P. Baker
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net