E-FILED
Tuesday, 01 July, 2008  11:22:47 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TRAVIS W. MOORE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-1253 |
| FRANK L. SHAW, ROGER E. WALKER, JR., BARBARA HURT, RICHARD BARD, LAURA NORTON, and PAUL CAMPBELL, | ) |
| Defendants. | ) |

# ORDER

On June 4, 2008, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above-captioned case. More than ten days have elapsed since the filing of the Report & Recommendation, and no objections were made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015, 1017 (7th Cir. 1988); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. *Video Views*, 797 F.2d at 539.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Travis W. Moore brought this litigation seeking damages, declaratory relief, and injunctive relief against Frank L. Shaw, Roger E. Walker, Jr., Barbara Hurt, Richard Bard, Laura Norton, and Paul Campbell, alleging that he was demoted from his sergeant position in violation of his procedural due process rights. The Court agrees with the Recommendation that the factual record is insufficient at this

time to dismiss Moore's procedural due process claims, that the factual record is insufficient to address Defendants' defense of qualified immunity, and that the Court cannot conclusively find that sovereign immunity doctrine bars this case because there remains a question of whether Moore seeks prospective relief for an ongoing violation.

Accordingly, the Court adopts the Report & Recommendation of the Magistrate Judge [#11] in its entirety. Defendant's Motion to Dismiss [#5] is DENIED. This matter is referred to the Magistrate Judge for further proceedings.

ENTERED this 1st day of July, 2008.

/s/ Michael M. Mihm  
Michael M. Mihm  
United States District Judge