E-FILED
Monday, 14 July, 2008 11:02:47 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| TRAVIS W. MOORE, | ) |
| Plaintiff, | ) |
| vs. | ) No. 07-1253 |
| FRANK L. SHAW, ROGER E. WALKER, JR., BARBARA HURT, RICHARD BARD, LAURA NORTON and PAUL CAMPBELL | ) |
| Defendants. | ) |

### MOTION FOR LEAVE TO FILE MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER INSTANTER

NOW COME, Defendants, Frank L. Shaw, Roger E. Walker, Jr., Barbara Hurt, Richard Bard, Laura Norton, and Paul Campbell, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submit their Motion for Leave to File their Motion for Enlargement of Time to File an Answer Instanter. In support thereof, Defendant states as follows:

1. An answer was due in this case on July 11, 2008.

2. The undersigned was going to file a Motion for Enlargement of Time to File Answer on July 11, 2008.

3. Due to severe thunderstorms, all power was lost to the undersigned counsel's office on the afternoon of July 11, 2008 thus preventing her from filing a Motion for Enlargement of Time to File Answer in a timely manner.

4. The undersigned contacted the clerk's office on July 11, 2008, to indicate that due to the power failure, it was not possible to file the motion.

5. This motion is not made for the purpose of delay and plaintiff will not be unduly prejudiced.

WHEREFORE, for the above and foregoing reasons, Defendants pray this honorable Court grant their motion for leave to file their motion for enlargement of time instanter.

                    Respectfully submitted,

                    FRANK L SHAW, ROGER E. WALKER, JR.,
                    BARBARA HURT, RICHARD BARD, LAURA
                    NORTON and PAUL CAMPBELL,

                        Defendant,

                    LISA MADIGAN, Attorney General,
                    State of Illinois,

                        Attorney for Defendant,

By:  s/ Amy D. Gerloff_____
      Amy D. Gerloff
      Assistant Attorney General
      500 South Second Street
      Springfield, Illinois  62706
      Telephone:  (217) 785-4555
      Facsimile:   (217) 524-5091
      E-Mail:  agerloff@atg.state.il.us
      Attorney Bar #: 6283925

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRAVIS W. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-1253 |
| ) | |
| FRANK L. SHAW, ROGER E. WALKER, JR., ) | |
| BARBARA HURT, RICHARD BARD, ) | |
| LAURA NORTON and PAUL CAMPBELL ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed Defendants' Motion for Leave to File Motion for Enlargement of Time to File Answer Instanter with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Brendabakerlaw@sbcglobal.net

and I hereby certify that on July 14, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

None.

Respectfully submitted,

By: s/Amy D. Gerloff
Amy D. Gerloff, 6283925
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL  62706
(217) 785-4555
Fax: (217) 785-4555
agerloff@atg.state.il.us

E-FILED
Monday, 14 July, 2008  11:03:55 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRAVIS W. MOORE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 07-1253 |
| FRANK L. SHAW, ROGER E. WALKER, JR., BARBARA HURT, RICHARD BARD, LAURA NORTON and PAUL CAMPBELL | ) ) ) ) |
| Defendants. | ) ) |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPONSIVELY PLEAD**

NOW COME Defendants, Frank L. Shaw, Roger E. Walker, Jr., Barbara Hurt, Richard Bard, Laura Norton, and Paul Campbell, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Motion for Enlargement of Time to Answer or Otherwise Responsively Plead, states as follows:

1. Defendants responsive pleading is due on July 11, 2008.

2. Undersigned counsel had a number of dispositive motion and brief deadlines over the last two weeks and was scheduled in depositions in Marion, Illinois. For such reasons, there has been insufficient time to confer with the Defendants. Additional time is needed in order to obtain the information necessary to prepare a responsive pleading.

3. Counsel contacted Plaintiff's counsel, who indicated no objection to the present motion.

4. The motion is not made for the purpose of undue delay.

5. Defendants respectfully request additional time of three days, to and including July 16, 2008, to file an Answer or otherwise responsively plead in this cause.

WHEREFORE, the Defendants respectfully request this honorable Court grant their Motion for Enlargement of Time, allowing up to and including July 16, 2008, in which to answer or otherwise responsively plead.

    Respectfully submitted,

    FRANK L SHAW, ROGER E. WALKER, JR.,
    BARBARA HURT, RICHARD BARD, LAURA
    NORTON and PAUL CAMPBELL,

        Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois,

        Attorney for Defendant,

By:  s/ Amy D. Gerloff
    Amy D. Gerloff
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois 62706
    Telephone: (217) 785-4555
    Facsimile: (217) 524-5091
    E-Mail: agerloff@atg.state.il.us
    Attorney Bar #: 6283925