UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRAVIS W. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-1253 |
| | ) |
| FRANK L. SHAW, ROGER E. WALKER, | ) |
| JR, BARBARA HURT, RICHARD BARD, | ) |
| LAURA NORTON and PAUL CAMPBELL, | ) |
| | ) |
| Defendants. | ) |

**JOINT REPORT OF THE PARTIES OUTLINING A PLAN FOR DISCOVERY IN THE ABOVE PROCEEDING**

I. INTRODUCTION

The Plaintiff, Travis Moore, by and through his attorney, James P. Baker, and the Defendants, Frank L. Shaw, Roger E. Walker, Jr. Barbara Hurt, Richard Bard, Laura Norton and Paul Campbell, by and through their attorney, Amy Gerloff, conferred as required under Rule 26(f) of the Federal Rules of Civil Procedure for the purpose of developing a proposed plan of discovery. As a result of those consultations a proposed discovery plan is submitted to this Court as required under the foregoing rules and the local rules of this Court.

II. SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by September 15, 2008.

2. The deadline for amendment of pleadings is October 1, 2008.

3.  The deadline for joining additional parties is October 1, 2008.

4.  Plaintiff shall disclose experts and provide expert reports by March 1, 2009. Plaintiff shall make any such experts available for deposition by May 1, 2009.

5.  Defendant shall disclose experts and provide expert reports by June 1, 2009. Defendant shall make any such experts available for deposition by August 1, 2009.

6.  All discovery, including deposition of experts, is to be completed by October 1, 2009.

Any written interrogatories or requests for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

7.  All dispositive motions shall be filed by November 1, 2009. Dispositive motions filed after this date **will not** be considered by the Court unless leave is granted by the Court.

8.  The parties have conferred with respect to electronically stored information. The parties will identify and preserve all reasonably accessible electronically stored information that is discoverable which includes, but is not limited to, calendars, emails, voice mails, documents of any sort, or backup tapes, which might be used as evidence in this case. Reasonable care will be made to preserve electronically stored information that is not reasonably accessible but is not available elsewhere. The parties have discussed the production of such electronically stored documents.

| | |
|---|---|
| TRAVIS MOORE | FRANK L. SHAW, ROGER E. WALKER, JR., BARBARA HURT, RICHARD BARD, LAURA NORTON and PAUL CAMPBELL |
| BY:  s/James P. Baker | BY:  s/Amy Gerloff (with consent) |
| His Attorney | Their Attorney |
| James P. Baker | Amy Gerloff |
| Baker, Baker & Krajewski LLC | Assistant Attorney General |
| 415 South Seventh Street | Office of the Attorney General |
| Springfield, Illinois 62701 | 500 South Second Street |
| (217) 522-3445 | Springfield, Illinois 62701 |
| (217) 522-8234 facsimile | (217) 782-1090 |
| | (217) 524-5091 facsimile |

# **O R D E R**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before _____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before _____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before _____ on _____ **(Case No. 08-1022).**

## CERTIFICATE OF SERVICE

  I hereby certify that on August 1, 2008, I electronically filed the foregoing Rule 26(f) Meeting Report together with proposed order, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Amy Gerloff
 Assistant Attorney General
 Office of the Attorney General
 500 South Second Street
 Springfield, Illinois 62701

                s/ James P. Baker
                James P. Baker
                Baker, Baker & Krajewski, LLC
                415 South Seventh Street
                Springfield, Illinois 62701
                Telephone: (217) 522-3445
                Facsimile: (217) 522-8234
                E-mail: jamesbakerlaw@sbcglobal.net